# LEE LITIGATION GROUP, PLLC

30 EAST 39ᵀᴴ STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/03/2019

Writer's Direct:  (212) 465-1188
               cklee@leelitigation.com

April 26, 2019

**VIA ECF**
The Honorable Valerie E. Caproni, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *Garcia et al v. Dry Clean NYC LLC. et al*
     Case No. 18-cv-2922

Dear Judge Caproni:

We are counsel to Plaintiffs and write, jointly with Defendants, to supplement the parties' fairness submission in accordance with Your Honor's Order from April 5, 2019 (Docket No. 79).

Attached hereto as **Exhibit A**, please find the parties' revised settlement agreement (the "Settlement Agreement"). The Settlement Agreement now specifies the payout to each Plaintiff and the amount subtracted from each Plaintiff's overall recovery for purposes of attorney's fees and costs. Herlinda Francisco Garcia will receive $49,500, of which $16,500 is subtracted for attorney's fees. Aristeo Velazco will receive $30,000, of which $10,000 is subtracted for attorney's fees. Remija Garcia Solano will receive $10,500, of which $3,500 is subtracted for attorney's fees. The Settlement Agreement also designates how each monthly check will be divided and disbursed.

The Settlement Agreement now denotes that all payments are to be made to Plaintiffs' counsel's firm, Lee Litigation Group, PLLC. Advanced Litigation Strategies LLC ("ALS") is the escrow agent we use for class settlements. Because of the extended length of the payment plan, we originally intended to use ALS as an escrow agent for no additional fees or costs. ALS is now removed from the Settlement Agreement.

The parties selected a four-year payment plan after taking into account Defendants' limited finances. Attached hereto are **Exhibit B**, Defendant Dry Clean NYC LLC's 2015 tax return; **Exhibit C**, Defendant Dry Clean NYC LLC's bank statement from February 1, 2019 to February 28, 2019; and **Exhibit D**, Defendant Elton Cerda's bank statement from February 6, 2019 to March 5, 2019. These documents show Defendants' reduced funds and indicate that Defendants are unlikely to be able to afford to make a large monthly payment. Plaintiffs accept the risk of a four-year payment plan in order to maximize Defendants' ability to make each monthly payment. As indicated in the Settlement Agreement, Plaintiff's counsel has in hand copies of personal documents from Elton Cerda and Samuel Cerda to confirm that the payment plan will be completed. The parties are confident that

the four-year payment plan is the best way to ensure that Plaintiffs obtain their recoveries above and that Plaintiffs' counsel receives our fees.

Plaintiffs' counsel's fees of $30,000 are fair and reasonable given the time spent by Plaintiffs' counsel. Attached as **Exhibit E** are Plaintiffs' counsel's detailed time records, showing that Plaintiffs' counsel's fees and expenses total $32,330.50.

In view of the foregoing, we respectfully request that the Court approve the Settlement Agreement attached as **Exhibit A** and dismiss the matter in its entirety. In addition, we respectfully request that the Court adjourn the conference on May 3, 2019 at 10:00 a.m. We thank Your Honor for considering this matter.

Respectfully submitted,

  _s/ C.K. Lee_
C.K. Lee, Esq.

Encl.

Based on the revised submissions to the Court, the Court approves the proposed settlement as fair and reasonable. _See Cheeks v. Freeport Pancake House, Inc._, 796 F.3d 199, 206 (2d Cir. 2015). The Court finds that the parties have adequately demonstrated that the payment plan is necessary in light of Defendants' financial situation and that counsel's fee of $30,000 is reasonable. Although the Court finds that Plaintiffs' counsel may have billed more time than was necessary and that a more accurate total would be approximately $21,000, a multiplier of about 1.5 is within the acceptable range for FLSA cases. _See Alvarez v. Sterling Portfolio Inv._, LP, No. 16-CV-5337, 2017 WL 8790990, at *9 (E.D.N.Y. Dec. 13, 2017).

The Clerk of Court is respectfully directed to terminate all pending deadlines and motions and to close the case.

SO ORDERED.              Date: 05/03/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE